1
2
3
4
5
6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14

| NINA FRENCH, | CASE NO. C15-0859JLR |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WASHINGTON STATE DEPARTMENT OF HEALTH, et al., | |
| Defendants. | |

15
16
17
18
19
20
21
22

On January 25, 2017, the court dismissed *pro se* Plaintiff Nina French's complaint without prejudice and granted her 14 days to amend that complaint. (1/25/17 Order (Dkt. # 32).) The court found that Ms. French had not met her burden of establishing the court's subject matter jurisdiction (*id.* at 7) and had not made sufficient factual allegations to state a claim under Title VII of the Civil Rights Act, the Americans with Disabilities Act, or Washington law (*id.* at 8). Despite these deficiencies and in light of Ms. French's *pro se* status, the court granted Ms. French 14 days to amend the complaint.

ORDER - 1

1  (*Id.* at 8-10.)  The court cautioned Ms. French that her failure to timely amend the
2  complaint or remedy the deficiencies identified in the court's order would result in
3  dismissal without leave to amend.  (*Id.* at 9.)
4       Ms. French's deadline to file an amended complaint passed on February 8, 2017,
5  and she has filed nothing further in this matter.  (*See* Dkt.)  Accordingly, the court
6  DISMISSES this case WITH PREJUDICE.
7       Dated this 13th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2